UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| DAVID G. JEEP, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:07-CV-1115 TCM |
| | ) | |
| JACK A. BENNETT, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER AND MEMORANDUM

This matter is before the Court upon the application of David G. Jeep for leave to commence this action without payment of the required filing fee. See U.S.C. § 1915(a). Upon consideration of the financial information provided with the application, the Court will grant plaintiff provisional leave to file this action.

**The Complaint**

Plaintiff seeks monetary and other relief in this 42 U.S.C. § 1983 action against the Honorable Jack A. Bennett (Associate Circuit Judge, Camden County), Devin M. Ledom (Assistant Prosecuting Attorney, Camden County), Alex Little (City of Osage Beach police officer), Tim Taylor (City of Osage Beach police officer), W. Steven Rives (Assistant Prosecuting Attorney, Camden County), W. James Icenogle (Assistant Prosecuting Attorney, Camden County), the Honorable Bruce Colyer (Associate Circuit Judge, Camden County), Jay Nixon (Attorney General for the State of Missouri), Camden County, Missouri, and the City of Osage Beach, Missouri. Plaintiff alleges that he was denied his rights to due process and equal protection in connection with his state criminal proceedings.

## Discussion

Pursuant to 28 U.S.C. § 1391(b), venue for this action is proper where (i) any defendant resides, if all the defendants reside in the same state; (ii) a substantial part of the events or omissions giving rise to the claim occurred; or (iii) where any defendant may be found, if there is no district in which the action may otherwise be brought. All of the events described in the complaint occurred in Camden County which is located in the Western District of Missouri. See 28 U.S.C. § 105(b)(4). Therefore, venue is not proper in this district.

Pursuant to 28 U.S.C. § 1406(a), the District Court in which is filed a case laying venue in the wrong district may dismiss the case or, in the exercise of its discretion and in the interest of justice, transfer the petition to any District Court in which such action could have been brought. In cases where the plaintiff is proceeding pro se and in forma pauperis, the usual practice is to transfer the case to the proper district. Therefore, this complaint shall be transferred to the United States District Court for the Western District of Missouri.

Because venue is not proper in this district, no determination has been made as to whether the complaint is frivolous and/or fails to state pursuant to 28 U.S.C. § 1915(e)(2)(A)(B).

In accordance with the foregoing,

**IT IS HEREBY ORDERED** that plaintiff is provisionally granted leave to proceed in forma pauperis, subject to modification by the Western District of Missouri upon transfer.

**IT IS FURTHER ORDERED** that the Clerk shall not issue process or cause process to issue upon the complaint, because this action is being transferred to the Western District of Missouri.

An appropriate order shall accompany this order and memorandum.

Dated this 25th day of July, 2007.

/s/ Jean C. Hamilton
**UNITED STATES DISTRICT JUDGE**