UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DAVID G. JEEP, | ) |
| | ) |
| Plaintiff. | ) |
| | ) |
| vs. | ) Case No. 4:07-CV-1115 TCM |
| | ) |
| JACK A. BENNETT, et al., | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

**IT IS HEREBY ORDERED** that plaintiff's "Motion to STOP Case Transfer" [Doc. #12] is **DENIED**.

Dated this 26th day of July, 2007.

           /s/ Jean C. Hamilton
           **UNITED STATES DISTRICT JUDGE**