UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DAVID G. JEEP, ) | |
| ) | |
| Plaintiff. ) | |
| ) | |
| vs. ) | Case No. 4:07-CV-1115 TCM |
| ) | |
| JACK A. BENNETT, et al., ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

**IT IS HEREBY ORDERED** that plaintiff's "Motion to STOP Case Transfer," [Doc. #10], which this Court will liberally construe as a motion for reconsideration of this Court's July 16, 2007 Order of Transfer [Doc. #6] is **DENIED**.

Dated this 26th day of July, 2007.

/s/ Jean C. Hamilton
**UNITED STATES DISTRICT JUDGE**